UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
  DAVID BLACKMON )
  MARGARET BLACKMON ) CASE NO. 09-11990-MAM-13
    Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes MAX CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. The Creditor has filed a claim in the amount of $14,905.10 secured by a 2004 GMC 2500.

2 The collateral securing the debts of the creditor is grossly undervalued. The plan proposes a value of $10,625.00; however, the NADA retail/wholesale split, less miles, is $11,375.00.

WHEREFORE, MAX CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                MAX CREDIT UNION

                By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid on this May 28, 2009.

John C. McAleer, III
Chapter 13 Trustee
P.O. Box 1884
Mobile AL 36633

Richard D. Shinbaum
SHINBAUM, McLEOD & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

DAVID BLACKMON
MARGARET BLACKMON
1736 CO RD 80
SELMA AL 36703

/s/ Leonard N. Math