IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF: | * |
| | * |
| David & Margaret | *   CHAPTER 13 |
| Blackmon | *   CASE NO. 09-11990 |
| Debtor. | * |
| | * |

## CUMULATIVE STATEMENT OF AMENDMENT

**COMES NOW**, the Debtor, David & Margaret Blackmon, in the above referenced bankruptcy and hereby, submits this amendment to his Chapter 13 Bankruptcy plan which was filed on April 14, 2008. This amendment makes the following changes:

1. **PLAN.** Debtor amends the plan to adjust the value of the 2004 GMC 2500.

/S/ Richard D. Shinabum
RICHARD D. SHINBAUM
Attorney for the Debtor
SHINBAUM, MCLEOD & CAMPBELL, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and exact copy of the foregoing on the following upon all creditors listed on the attached matrix, and the Honorable John C. McAleer, III, Chapter 13 Trustee, P.O. Box 1884, Mobile, AL 36633, on this 3rd day of June, 2009.

| | |
|---|---|
| Max Federal Credit Union<br>c/o Chambless & Math<br>P O Box 230759<br>Montgomery, Alabama 36123-0759 | /S/ Richard D. Shinabum<br><br>RICHARD D. SHINBAUM |