IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **IN RE THE MATTER OF:** | * | |
| | * | |
| **David & Margaret Blackmon** | * | CHAPTER 13 |
| | * | CASE NO.09-11990 |
| Debtor. | * | |
| | * | |

## CUMULATIVE STATEMENT OF AMENDMENT

**COMES NOW**, the Debtor, in the above referenced bankruptcy and hereby, submits this amendment to his Chapter 13 Bankruptcy plan. This amendment makes the following changes:

1. **PLAN.** Debtor amends the plan to list HSBC as creditor for the Mule Buggy and to remove Max Federal Credit Union.

/s/ Richard D. Shinabum
Richard D. Shinbaum
Attorney for the Debtor
SHINBAUM, MCLEOD & CAMPBELL, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and exact copy of the foregoing on the following upon all creditors listed on the attached matrix, and the Honorable John C. McAleer, III, Chapter 13 Trustee, P.O. Box 1884, Mobile, AL 36633, on this 13th day of October, 2009.

HSBC
Bass & Associates
3936 E. Fort Lowell Road
Ste 200
Tucson, AZ 85712-1082

Max Federal Credit Union
P O Box 244040
Montgomery, Alabama 36124

/s/ Richard D. Shinabum
Richard D. Shinbaum