IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| IN RE THE MATTER OF: | * | |
| --- | --- | --- |
| | * | |
| David & Margaret Blackmon | * | CHAPTER 13 |
| | * | CASE NO. 09-11990 |
| Debtors | * | |
| | * | |

## CUMULATIVE STATEMENT OF AMENDMENT

**COMES NOW**, the Debtor, David & Margaret Blackmon, and pursuant to Fed. R. Bankr. P. 1009 and Local Rule 1009-1 (c), submits this amendment to his Chapter 13 Bankruptcy petition which was filed on May 1, 2009. This amendment makes the following changes:

1. **SCHEDULE:** D to list HSBC.

S/ RICHARD D. SHINBAUM
RICHARD D. SHINBAUM
Attorney for the Debtor
SHINBAUM, MCLEOD & CAMPBELL
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and exact copy of the foregoing on the following, on this ___13th___ Day of __October__, 2009.

John C. McAleer, III
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633

HSBC
Bass & Associates
3936 E. Fort Lowell Road
Ste 200
Tucson, AZ 85712-1082

S/ RICHARD D. SHINBAUM
RICHARD D. SHINBAUM
Attorney for Debtor