UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

A Petition for Relief under Chapter 13 of Title 11, U.S. Code, was filed by the following Debtors on 5/1/09.

DEBTOR: DAVID D. BLACKMON  Case No. 09-11990-MAM-13
MARGARET BLACKMON
xxx-xx-7487
xxx-xx-7678

**CREDITORS: FILE YOUR CLAIMS NOW. CLAIMS NOT FILED BY CLAIMS BAR DATE GENERALLY ARE NOT ALLOWED.** BAR DATE: 90 DAYS AFTER SECTION 341(a) MEETING DATE OR WITHIN 90 DAYS OF THE DATE OF THIS NOTICE.

TO: HSBC

ATTY FOR DEBTOR: Richard Shinbaum, P O Box 201, Montgomery, AL 36101-0201

TRUSTEE: John C. McAleer, III, P. O. Box 1884, Mobile, AL 36633, (251) 438-4615

ITEM NO. 1 -  Section 341(a) MEETING DATE: 10/15/09 @ 8:30 am
Second Floor
Federal, Bldg., Selma, AL

ITEM NO. 2 -  CONFIRMATION HEARING: 10/15/09 @ 8:30 am

IT IS ORDERED AND NOTICE IS GIVEN:

A meeting of creditors pursuant to 11 U.S.C. § 341(a) shall be held at the time and place specified above.

On 10/13/09 an amendment to Schedule D was filed adding your name as a creditor.

A hearing on confirmation of the plan shall be held on the date and time specified in ITEM No. 2 above. During this confirmation hearing, the Court will consider objections to confirmation of the plan and debtor's attorney's claim for fees as well as conversion or dismissal of this case on request made before or at the hearing by any party in interest. All proofs of claim must have supporting documentation including address of claimant's attorney/agent. Please file your claim electronically.

Upon filing of the petition, certain acts and proceedings against the Debtors and the estate are stayed as provided in 11 U.S.C. § 362(a) and §1301.

Dated: October 14, 2009

MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

Case 09-11990    Doc 63    Filed 10/14/09    Entered 10/14/09 11:17:46    Desc Main
Document      Page 1 of 1